Case 5:00-cr-00029-DCB   Document 90   Filed 08/10/07   Page 1 of 1

Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF MISSISSIPPI
## Western Division



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 10 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

**Gregory Maurice Ross**

Docket Number: 5:00cr29BrN-00

On March 14, 2005, the above-named offender was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and has made a sincere effort to rehabilitate himself. Ross is no longer in need of Supervised Release and wishes to enlist in the U.S. Air Force. It is accordingly recommended that Gregory Maurice Ross be discharged from Supervised Release.

Respectfully submitted,

_____
David Dunn
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered the offender be discharged from Supervised Release and the case be terminated.

Dated this ___8___ day of __August__ 2007.

_____
David C. Bramlette
Senior U.S. District Court Judge
Southern District of Mississippi